1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  EVERTON WHITELY,                        1:16-cv-00946 BAM (PC)

12              Plaintiff,

13       v.                                 ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE
14  CDCR, et al. ,                          EASTERN DISTRICT OF CALIFORNIA

15              Defendant.

16

17       Plaintiff Everton Whitely ("Plaintiff"), a state prisoner proceeding pro se, filed this civil

18  rights action pursuant to 42 U.S.C. § 1983, on June 23, 2016. That same date, Plaintiff submitted

19  a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2)

20       In his complaint, plaintiff alleges violations of his civil rights by defendants which

21  occurred at the Folsom State Prison in Folsom, California. (ECF No. 1.) Thus, the alleged

22  violations took place in Sacramento County, which is part of the Sacramento Division of the

23  United States District Court for the Eastern District of California. Therefore, the complaint should

24  have been filed in the Sacramento Division.

25       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

26  court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

27  will be transferred to the Sacramento Division.  This court will not rule on Plaintiff's pending

28  motion to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This court has not ruled on Plaintiff's pending motion to proceed in forma pauperis (ECF No. 2).

IT IS SO ORDERED.

Dated:   **July 5, 2016**                    /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE